LIZA MINNELLI, Appellant, v M'HAMMED SOUMAYAH, Respondent.

Submitted December 10, 2007; decided January 15, 2008

Reported below, 41 AD3d 388.

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.